## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| COLLEGIATE LICENSING COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action File No. |
| | ) | 1:11-CV-03432-TWT |
| AMERICAN CASUALTY CO. OF READING, PENNSYLVANIA; CONTINENTAL CASUALTY COMPANY; GREAT DIVIDE INSURANCE COMPANY; ALLIED WORLD NATIONAL ASSURANCE COMPANY; WESTCHESTER FIRE INSURANCE COMPANY; and LEXINGTON INSURANCE COMPANY, | ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## CONSENT ORDER OF DISMISSAL WITHOUT PREJUDICE OF LEXINGTON INSURANCE COMPANY

Plaintiff Collegiate Licensing Company and Defendant Lexington Insurance

Company agreeing and consenting hereto,

1)    Pursuant to Fed. R. Civ. P. 41(a), the action against Lexington

Insurance Company is hereby dismissed WITHOUT PREJUDICE;

2)      Lexington Insurance Company hereby agrees that it will not initiate offensive litigation over the subject policy, it being further agreed that Collegiate Licensing Company shall as it may deem necessary in the future reassert the claims which are the subject of this action in the United States District Court for the Northern District of Georgia, Atlanta Division.   Any such filing by Collegiate Licensing Company shall be without prejudice to the right of Lexington Insurance Company to seek dismissal of the action, or to seek transfer of the action to another court as Lexington Insurance Company may deem appropriate;

3)      If the claims against Lexington Insurance Company are reasserted in the future, Lexington Insurance Company agrees to acknowledge service of the Summons and Complaint, and not require personal service on the registered agent of Lexington Insurance Company.   Any such acknowledgment of service shall be without prejudice to the right of Lexington Insurance Company to seek dismissal of the action, or to seek transfer of the action to another venue as Lexington Insurance Company may deem appropriate.

4)      Each party will bear its own attorneys' fees and costs in this action and will not assert in the future any right against the other party to its fees and costs incurred in the prosecution or defense of this action.

IT IS SO ORDERED.

This 21st day of December, 2011.


/s/Thomas W. Thrash
Thomas W. Thrash, Jr.
United States District Judge


CONSENTED TO, this 21st day of December, 2011.


| | |
|---|---|
| s/Brent W. Brougher | s/John C. Bonnie |
| *(by John C. Bonnie with express permission)* | John C. Bonnie |
| Brent W. Brougher | Georgia Bar No. 067540 |
| Georgia Bar No. 086373 | Nancy F. Rigby |
| Ellen P. McCarley | Georgia Bar No. 605453 |
| Georgia Bar No. 461982 | Stephen J. Rapp |
| Kilpatrick Townsend & Stockton LLP | Georgia Bar No. 103806 |
| 1100 Peachtree Street | Weinberg, Wheeler, Hudgins, |
| Suite 2800 | Gunn & Dial, LLC |
| Atlanta, Georgia 30309 | 3344 Peachtree Road, NE, Suite 2400 |
| (404) 815-6500 (Telephone) | Atlanta, GA  30326 |
| (404) 815-6555 (Facsimile) | (404) 876-2700 (Telephone) |
| | (404) 875-9433 (Facsimile) |
| bbrougher@kilpatricktownsend.com | |
| emccarley@kilpatricktownsend.com | jbonnie@wwhgd.com |
| | nrigby@wwhgd.com |
| | srapp@wwhgd.com |
| *Attorneys for Plaintiff Collegiate Licensing Company* | |
| | *Attorneys for Defendant Lexington Insurance Company* |

3

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing was prepared using Times New Roman, 14-point, and otherwise conforms with the requirements of Local Rule 5.1.

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

/s/ *John C. Bonnie*
John C. Bonnie

## CERTIFICATE OF SERVICE

This is to certify that on December 21, 2011 I filed the foregoing *Consent Order of Dismissal Without Prejudice of Lexington Insurance Company* with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record in this action:

Brent W. Brougher, Esq.
Ellen P. McCarley, Esq.
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4528

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

/s/ *John C. Bonnie*
John C. Bonnie

3344 Peachtree Road
Suite 2400
Atlanta, Georgia 30326