IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COLLEGIATE LICENSING COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>AMERICAN CASUALTY CO. OF READING, PENNSYLVANIA, et al.,<br><br>  Defendants. | CIVIL ACTION FILE<br>NO. 1:11-CV-3432-TWT |

### ORDER

This is a declaratory judgment action arising out of an insurance coverage dispute. The Clerk is directed to close the case administratively.

SO ORDERED, this 11 day of March, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge